# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MIRANDA L. WOODYARD,**                                                      **PLAINTIFF**

V.                              **CASE NO. 3:15-CV-00192 DPM/BD**

**JOEY MARTIN**                                                                **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.     Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge D.P. Marshall Jr.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.

Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.    Discussion:**

Plaintiff Miranda L. Woodyard an inmate at the Poinsett County Detention Center, filed this lawsuit on July 1, 2015.  (Docket entries #1, #2)   The Court requires a plaintiff who is not represented by counsel to keep the Court informed as to their current address.

On September 1, 2015, Ms. Woodyard was given thirty days to notify the Court of her new address, after his mail was returned to Court as undeliverable. (#6) The Court specifically cautioned Ms. Woodyard that her claims could be dismissed if she failed to provide a valid address. (#6) To date, Ms. Woodyard has failed to comply with the Court's Order, and the time for doing so has passed.

### III.   Conclusion:

The Court recommends that Ms. Woodyard's claims be DISMISSED, without prejudice based on her failure to comply with the Court's September 1, 2015 Order.

IT IS SO ORDERED, this 6th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE