IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MIRANDA L. WOODARD                                                PLAINTIFF

v.                              No. 3:15-cv-192-DPM

JOEY MARTIN, Jail Administrator,
Poinsett County Detention Center                                  DEFENDANT

## ORDER

Unopposed recommendation, № 11, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Woodard's complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 October 2015