IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MIRANDA L. WOODARD                                                    PLAINTIFF

v.                              No. 3:15-cv-192-DPM

JOEY MARTIN, Jail Administrator,
Poinsett County Detention Center                                      DEFENDANT

## JUDGMENT

Woodard's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 October 2015